<table>
<tr><td></td><td><b>FILED</b><br>December 02, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA</td></tr>
</table>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>MICHEL DICKINSON,<br><br>          Defendant. | Case No.  2:21-po-00345-CKD; 2:21-po-00454-CKD; 2:21-po-00509-CKD; 2:22-po-00212-CKD; 2:22-po-00225-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>MICHEL DICKINSON</u> , Case No. <u>2:21-po-00345-CKD; 2:21-po-00454-CKD; 2:21-po-00509-CKD; 2:22-po-00212-CKD; 2:22-po-00225-CKD</u> , from custody for the following reasons:

   <u> X </u>   Release on Personal Recognizance

   <u>      </u>   Bail Posted in the Sum of $ <u>                           </u>

           <u>      </u>   Unsecured Appearance Bond $ <u>                   </u>

           <u>      </u>   Appearance Bond with 10% Deposit

           <u>      </u>   Appearance Bond with Surety

           <u>      </u>   Corporate Surety Bail Bond

           <u>      </u>   (Other):

           <u>      </u>   Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on December 02, 2022, at 3:05 PM.

                                                By:   */s/ Allison Claire*
                                                           Magistrate Judge Allison Claire